ELLA GAYLOR, Respondent, *v.* WILLIAM BURROUGHS, Defendant, and WILLIAM B. McGUIRE, Appellant.

Argued March 3, 1937; decided March 23, 1937.

*Christian S. Lorentzen* and *John E. Connelly, Jr.*, for appellant.

*John A. Rullo* and *Sydney J. Schwartz* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.